**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


ERIC JAMES BULLOCK
ADC #119911                                                                              PETITIONER

VS.                                    5:06CV00282 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                RESPONDENT


### <u>JUDGMENT</u>

Consistent with the Memorandum and Order that was entered on this day, it is

CONSIDERED, ORDERED, and  ADJUDGED that the Petition for Writ of Habeas Corpus,

pursuant to 28 U.S.C. § 2254 (docket entry #1), is DENIED, and this habeas action is hereby

DISMISSED, WITH PREJUDICE.

Dated this 6th day of November, 2008.


_____
UNITED STATES MAGISTRATE JUDGE